# UNITED STATES DISTRICT COURT

for the
Eastern District of California

FILED
JUN 2 4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                ) Case No.
One White Apple iPhone, bearing Model A1349, FCC ID: )
BCG-E24228, MEID A100001C482ASB, SERIAL ) 2:13-SW-426- EFB
NUMBER C8QGFPJLDDNG )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A

located in the ____EASTERN____ District of ____CALIFORNIA____, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. section 841(a); | Distribution and possession with intent to distribute a controlled substance; and |
| 21 U.S.C. section 846 | Attempt and conspiracy to commit the foregoing offense |

The application is based on these facts:
See Affidavit of Special Agent Joshua Wood in Support of Search Warrant

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Joshua Wood, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/24/2013

_____
Judge's signature

City and state: Sacramento, California          Hon. Edmund F. Brennan, U.S. Magistrate Judge
                                                 Printed name and title

## AFFIDAVIT

I, Joshua Wood, being duly sworn, depose and state as follows:

### Purpose

1. This Affidavit is submitted in support of a search warrant authorizing the search of the cellular telephone used by Abigail SANDOVAL, as further described in Attachment A, for the items listed in Attachment B, specifically items related to violations of Title 21, United States Code, §§ 846 and 841(a)(1), Conspiracy to Distribute Methamphetamine

### Agent Background

2. I am Special Agent of the Department of Homeland Security, United States Homeland Security Investigations ("HSI"), presently assigned to the Sacramento, California office. I have been employed as a Special Agent since March 2007; I am currently assigned to the Narcotics/Gang Unit. I received training as a Special Agent at the Federal Law Enforcement Training Center in Glynco, Georgia, where I completed the Criminal Investigator Training Program and the Immigration Customs Enforcement Special Agent Training. I have received training in conducting narcotics investigations, including drug interdiction, drug detection, money laundering techniques, drug identification, and asset identification.

3. The information contained in this Affidavit is based upon my personal observations, observations of other agents and law enforcement officers who have participated in this investigation, and my review of official reports, documents, and other evidence obtained as a result of this investigation. Because this Affidavit is being submitted to make a showing of probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary and appropriate to establish the foundation for the search warrant requested herein.

## Facts Establishing Probable Cause that the Listed Cellular Telephone
## Contain Evidence of Drug Trafficking

4. In March 2013, HSI agents utilized a confidential informant ("CI") to arrange a controlled purchase of methamphetamine from Abigail SANDOVAL. Incorporated by reference is Special Agent Robert Kennedy's Affidavit in Support of Criminal Complaint and Arrest Warrant, a copy of which is attached to this Affidavit.

5. During the course of the investigation, agents from HSI Sacramento and the Roseville Police Department Crime Suppression Unit identified SANDOVAL as a methamphetamine distributor. During March 2013, SANDOVAL communicated with the CI on several occasions via phone calls and text messages to arrange a purchase of methamphetamine that was to be conducted on March 14, 2013.
    a. On March 11, 2013, the CI sent a text message to SANDOVAL. The message was originally in Spanish and translated into English. Law enforcement viewed the following text message exchange on the CI's cellular telephone. The message read: "hey, I want to know if you still sell that stuff because a friend wants seven baggies of that stuff."
    b. SANDOVAL responded that she could get it for the CI and they agreed to meet on the following Thursday, March 14.
    c. SANDOVAL then sent the CI a text messages that read: "alright, you are not going to call the police on me right, haha."

6. On March 14, 2013, HSI Sacramento and Roseville PD conducted a buy/bust operation at the Sentry Storage, Unit #146 located at 10333 White Rock Road, Rancho Cordova, California. The CI was instructed to purchase seven "baggies" of methamphetamine from SANDOVAL. The CI and SANDOVAL met at SANDOVAL's storage unit to conduct the transaction. Once the CI confirmed that narcotics were present, law enforcement agents detained SANDOVAL.

7. After being detained by law enforcement, SANDOVAL provided verbal and written consent to search the storage unit. During the search, agents located and seized evidence related to the drug trafficking activities of SANDOVAL, including approximately 4.25 ounces of meth, scales, packaging materials, pay/owe sheets and spray bottles with hidden compartments and a white Apple iPhone. The iPhone was found on SANDOVAL's person during the course of her arrest. Because of the location where this telephone was discovered, coupled with the other items of evidence found with the telephone, it is believed that this telephone was used by SANDOVAL and that it contains evidence of the SANDOVAL's drug trafficking activities.

### Training and Experience Related to Cell Phone Use by Drug Traffickers

8. Based on my training and experience as a HSI Special Agent, and upon the shared experience of other agents and officers with whom I have worked, I am aware that it is common practice for individuals involved in narcotics trafficking to rely on the use of telephones, and particularly, cellular telephones, to efficiently operate the distribution of illegal drugs. I also know that it is common for those involved in drug trafficking to communicate with other known and unknown suppliers and distributors of illegal drugs.

9. Based on my training and experience, I also know that drug traffickers use mobile telephones to communicate with one another to facilitate their drug trafficking, either by voice or text message. Mobile telephones preserve in their memory, a history of incoming, outgoing, and missed calls, which can lead to evidence of the telephone numbers of other narcotics traffickers and the dates and times that they and/or the mobile telephone user dialed one another's telephones. Mobile telephones also contain in their memory a telephone book. This allows the user to store telephone numbers and other contact information; the information stored in a telephone used by a narcotics trafficker is evidence of the associations of the narcotics trafficker, some of which may be related to his or her illegal business. Mobile telephones also contain in their memory, text messages sent, received, and drafted by the mobile telephone user.

The text message history of a narcotics trafficker's mobile telephone can contain evidence of narcotics trafficking because it shows the communications or planned communications of a narcotics trafficker and the telephone numbers of those with whom the narcotics trafficker communicated or intended to communicate with. Mobile telephones also have a voicemail function that allows callers to leave messages when the telephone user does not answer. Narcotics traffickers sometimes leave voice messages for each other and this is evidence of both their mutual association and possibly their joint criminal activity. Mobile telephones can also contain photographic data files, which can be evidence of criminal activity when the user was a narcotics trafficker who took pictures of evidence of a crime.

## Conclusion

10. As there is probable cause to believe that the individual from whom the cellular telephone was seized was in possession of the aforementioned cellular telephone at the time she was engaged in illegal narcotics distribution, and that she was using the cellular telephone to conduct or facilitate the narcotics distribution, I believe there is probable cause to believe that she was using the aforementioned cellular telephone to conduct drug trafficking business, and that information and records relating to these activities will be found stored in the cellular telephone.

11. Based on the facts set forth above, as well as my training and experience, there is probable cause to believe that the cellular telephone located during the above-mentioned arrest and search, and subsequently seized by the HSI, identified herein and set forth in greater detail in Attachment A to this Affidavit, contains evidence and instrumentalities to distribute methamphetamine in the form of pictures, text messages, and other such data that constitutes evidence of the same conspiracy, and the cellular telephone itself is property designed for use, intended for use, and have been used in committing the conspiracy to distribute methamphetamine in violation of Title 21, United States Code, §§ 846 and 841(a)(1).

12. Therefore, I respectfully request authority to search the items set forth in Attachment A and authority to seize any and all of the items set forth in Attachment B, including numeric identifies, serial numbers, or other identifying numbers, names, dates, and times of recent call activity, passwords, photographs, pictures, and other numbers associated with the cellular telephone that has been taken into HSI custody.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Joshua Wood, Special Agent
Homeland Security Investigations

Sworn to and subscribed before
me on the June 24, 2013,

_____
Honorable Edmund F. Brennan
United States Magistrate Judge

Approved as to form:

_____
Justin L. Lee
Assistant U.S. Attorney

5

## ATTACHMENT A

### Items to be Searched

This search warrant grants authority to search all of the items set forth below:

1. One White Apple iPhone, bearing Model A1349, FCC ID: BCG-E24228, MEID A100001C482ASB, SERIAL NUMBER C8QGFPJLDDNG, which was located on the person of Abigail SANDOVAL at the time of her arrest. The phone is currently in the possession of HSI in the Eastern District of California.

## ATTACHMENT B

## Items to be Seized

This search warrant grants authority to seize all of the items set forth below:

1. Any and all names, words, telephone numbers, email addresses, time/date information, messages or other electronic data in the memory of the mobile telephone or on a server and associated with the mobile telephone and described as the mobile telephones':

    a. Incoming call history;
    b. Outgoing call history;
    c. Missed call history;
    d. Outgoing text messages;
    e. Incoming text messages;
    f. Draft text messages;
    g. Telephone book;
    h. Data screen or file identifying the telephone number associated with the mobile telephone searched;
    i. Data screen, file, or writing containing serial numbers or other information to identify the mobile telephone searched;
    j. Voicemail;
    k. User-entered messages (such as to-do lists); and
    l. Photographs.

2. Any passwords used to access the electronic data described above.

3. Evidence demonstrating ownership and control of the device.

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>)<br>One White Apple iPhone, bearing Model A1349, FCC ID: )<br>BCG-E24228, MEID A100001C482ASB, SERIAL )<br>NUMBER C8QGFPJLDDNG ) | Case No.<br><br>2:13-SW-426- —EFB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    EASTERN    District of    CALIFORNIA   
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     July 3, 2013    
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   Hon. Edmund F. Brennan or duty magistrate judge   .
                                                       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6-24-13
                      at 3:09 p.m.
                                                           _____
                                                                *Judge's signature*

City and state:    Sacramento, California          Hon. Edmund F. Brennan, U.S. Magistrate Judge
                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Subscribed, sworn to, and returned before me this date. _____
*Signature of Judge*          *Date*